**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: BAYCOL PRODUCTS LITIGATION

This Document Relates to
DENNIS MROCZENSKI,

MDL No. 1431 (MJD/JGL)

Plaintiff,

v.

BAYER CORPORATION,

D.Minn. Case No: 02-CV-0072MJD

Defendant.

STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant Bayer Corporation, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs.

Dated: 5-23, 2003

Charles H. Johnson, Esq.
2599 Mississippi St.
New Brighton, MN 55112

Dated: 5/23, 2003

Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

FILED 06/05/03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Phillip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN
PALENCHAR & SCOTT
54 W. Hubbard Street, Suite 3000
Chicago, IL 60610
Telephone: (312) 494-4400

Gene C. Schaerr
Frank R. Volpe
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8600

Susan A. Weber
Sara J. Gourley
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
Chicago, IL 60603
Telephone: (312) 853-7000

Richard K. Dandrea
ECKERT SEAMENS CHERIN
& MELLOT, LLC
USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 566-6000

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

Dated: 6-4-03

Michael J. Davis

Honorable Michael J. Davis
United States District Court Judge

# 02-72